Order entered November 16, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00277-CV

**PEDRO GONZALEZ & MARIA GOMEZ, Appellants**

**V.**

**VATR CONSTRUCTION LLC & ALL AMERICAN ROOFING & CONSTRUCTION, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-09360-M**

## ORDER

The Court has before it appellants' November 12, 2012 unopposed motion for extension to file their reply to VATR Construction's brief. The Court **GRANTS** the motion and **ORDERS** that any reply to the brief of VATR Construction be filed by December 12, 2012. The Court also has before it appellants' November 14, 2012 motion for an additional extension of time to file their reply to All American Roofing & Construction, LLC's brief. The Court **GRANTS** the motion and **ORDERS** that any reply to the brief of All American Roofing & Construction, LLC be filed by December 12, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE